# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN KREJCI,<br><br>         Plaintiff,<br><br>v.<br><br>CAVALRY PORTFOLIO SERVICES, LLC,<br><br>         Defendant. | Case No.: 16-CV-211-JAH-WVG<br><br>**ORDER ON JOINT MOTION TO CONTINUE DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT AND VACATING STATUS CONFERENCE** |

  On January 23, 2020, the Parties filed a Joint Motion to Continue the Deadline to File a Motion for Preliminary Approval of Class Settlement. (Doc. No. 66.) On that same day, the Court set a January 29, 2020 conference on the matter and ordered the Parties to submit supplemental briefing, having found the Joint Motion inadequately pleaded. (Doc. No. 67.) The Parties timely filed their supplemental briefing (Doc. Nos. 68-69), fully explaining their basis for requesting a month-long continuance of the motion filing deadline as well as all efforts they made to comply with the operative January 31, 2020 deadline, pursuant to Judge Houston's December 9, 2019 Order (Doc. No. 65).

  Having reviewed and considered the Parties' supplemental briefing, the Court finds that good cause supports the Joint Motion and thus GRANTS the Motion in its entirety. Accordingly, the Parties are ORDERED to file, **no later than February 21, 2020**, their

Motion for Preliminary Approval of Class Settlement. The Court underscores the importance of and necessity to meet this deadline, as the Court will not entertain any additional continuance requests absent a clear showing of good cause. To that end, the Court hereby VACATES the January 29, 2020 telephonic status conference, as the need for the conference has been obviated by the Court's instant ruling.

**IT IS SO ORDERED**.

DATED: January 28, 2020

_____
Hon. William V. Gallo
United States Magistrate Judge

2

16-CV-211-JAH-WVG